**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

November 06, 2014

Hon. John Michael Lamerson
The Lamerson Law Firm
6602 Fenwick Drive
Corpus Christi, TX 78414
\* DELIVERED VIA E-MAIL \*

Hon. Michael A. McCauley
Gary, Thomasson, Hall & Marks, P.C.
P. O. Box 2888
Corpus Christi, TX 78403
\* DELIVERED VIA E-MAIL \*

Re:      Cause No. 13-13-00336-CV
Tr.Ct.No. 2013-DCV-0460-H
Style:    LOCKE-STAR, INC. v. PATRICIA GEISTER


Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    347th  District Court(DELIVERED VIA E-MAIL)
       Hon. Patsy Perez, Nueces County District Clerk (DELIVERED VIA E-MAIL)